UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**25-CR-20133-MIDDLEBROOKS/TORRES**
CASE NO. _____

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 2
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

JAIR DANIEL BARROETA ESPINOZA,
JULIO CESAR VICENT SANCHEZ, and
ALEJANDRO GARCIA,

      Defendants.

_____/

FILED BY_____**BM**_____D.C.

**Mar 27, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy To Commit Money Laundering
### (18 U.S.C. § 1956(h))

From in or around December 2023, through in or around December 2024, in Miami-Dade

and Broward Counties, within the Southern District of Florida, and elsewhere, defendants,

**JAIR DANIEL BARROETA ESPINOZA,
JULIO CESAR VICENT SANCHEZ, and
ALEJANDRO GARCIA,**

did knowingly and voluntarily combine, conspire, confederate, and agree with each other, and

others known and unknown to the grand jury, to knowingly conduct a financial transaction

affecting interstate and foreign commerce involving property, that is, funds and monetary

instruments, including United States currency, represented by an individual acting at the direction

of, and with the approval of, an authorized Federal official to be proceeds of a specified unlawful

activity, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(3)(B).

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-8
### Money Laundering
### (18 U.S.C. § 1956(a)(3)(B))

On or about the dates set forth in each count below, in Miami-Dade and Broward Counties, within the Southern District of Florida, and elsewhere,

**JAIR DANIEL BARROETA ESPINOZA,**
**JULIO CESAR VICENT SANCHEZ, and**
**ALEJANDRO GARCIA,**

did knowingly engage and attempt to engage in a monetary transaction by, through and to a financial institution, affecting interstate and foreign commerce, involving property, that is, funds and monetary instruments, including United States currency, represented by an individual acting at the direction of, and with approval of, an authorized Federal official to be the proceeds of specified unlawful activity, with the intent to conceal and disguise the nature, the location, the source, the ownership, and the control of property believed to be proceeds of specified unlawful activity, as set forth below:

2

| Count | Approximate Date | Financial Transaction |
|-------|------------------|------------------------|
| 2 | November 18, 2024 | Transferred $100,000 in United States Currency from a location in the Southern District of Florida to another location in the Southern District of Florida |
| 3 | November 19, 2024 | Deposited $8,500 in United States Currency into a Chase Bank account ending in 9078 |
| 4 | November 29, 2024 | Deposited $56,400 in United States Currency into a Chase Bank account ending in 9078 |
| 5 | November 29, 2024 | Transferred approximately $50,000 from a Chase bank account ending in 9078 to a Bank of America account ending in 3343 |
| 6 | December 2, 2024 | Transferred approximately $10,000 from a Chase bank account ending in 9078 to a Bank of America account ending in 3343 |
| 7 | December 2, 2024 | Transferred approximately $42,970 from a Bank of America account ending in 3343 to another Bank of America account |
| 8 | December 16, 2024 | Transferred approximately $49,910 from a Bank of America account ending in 3343 to another Bank of America account |

It is further alleged that the specified unlawful activity was represented to be importing, distributing, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

3

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JAIR DANIEL BARROETA ESPINOZA**, **JULIO CESAR VICENT SANCHEZ**, and **ALEJANDRO GARCIA**, have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to the forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

4

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

THOMAS HAGGERTY
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: __25-CR-20133-MIDDLEBROOKS/TORRES__

v.

JAIR DANIEL BARROETA ESPINOZA,
JULIO CESAR VICENT SANCHEZ, and
ALEJANDRO GARCIA_____/
Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
[✓] Miami   [ ] Key West   [ ] FTP
[ ] FTL     [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes___
   List language and/or dialect: Spanish_____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   [✓] 0 to 5 days
   II  [ ] 6 to 10 days
   III [ ] 11 to 20 days
   IV  [ ] 21 to 60 days
   V   [ ] 61 days and over

   (Check only one)
   [ ] Petty
   [ ] Minor
   [ ] Misdemeanor
   [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No___
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No___
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No___

By: _____
Thomas Haggerty
Assistant United States Attorney
FL Bar No.          46136

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   JAIR DANIEL BARROETA ESPINOZA

**Case No**:

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)
* **Max. Term of Imprisonment: twenty (20) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) years**
* **Max. Fine:  $500,000 or Twice the Value of the Funds Involved**

Counts #: 7-8

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)
* **Max. Term of Imprisonment: twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) Years**
* **Max. Fine: $500,000 or Twice the Value of the Funds Involved**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:  JULIO CESAR VICENT SANCHEZ

**Case No**:

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)
* **Max. Term of Imprisonment: twenty (20) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) years**
* **Max. Fine:  $500,000 or Twice the Value of the Funds Involved**

Count #: 2

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)
* **Max. Term of Imprisonment: twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) Years**
* **Max. Fine: $500,000 or Twice the Value of the Funds Involved**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   ALEJANDRO GARCIA

**Case No**: 

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)
* **Max. Term of Imprisonment: twenty (20) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) years**
* **Max. Fine:  $500,000 or Twice the Value of the Funds Involved**

Counts #: 2-6

Money Laundering

Title 18, United States Code, Section 1956(a)(3)(B)
* **Max. Term of Imprisonment: twenty (20) Years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Three (3) Years**
* **Max. Fine: $500,000 or Twice the Value of the Funds Involved**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**